# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132013 & (59)(61)

LAKE FOREST PARTNERS 2, INC.,
      Petitioner-Appellee,

v

                                         SC: 132013
                                         COA: 257417
                                         MTT: 00-292089

DEPARTMENT OF TREASURY,
      Respondent-Appellant.

_____/

On order of the Court, the motions for leave to file briefs amicus curiae are GRANTED. The application for leave to appeal the June 6, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 9, 2007                                       _____

d0206                                                    Clerk